**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7484**

_____

LEVI BROWN, SR.,

                                    Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; ATTORNEY GENERAL OF
THE STATE OF SOUTH CAROLINA,

                                    Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  William B. Traxler, Jr., District
Judge.  (CA-98-948-2-21)

_____

Submitted:  January 7, 1999          Decided:  January 20, 1999

_____

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Levi Brown, Sr., Appellant Pro Se.  Donald John Zelenka, Chief Dep-
uty Attorney General, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Levi Brown appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Brown v. South Carolina</u>, No. CA-98-948-2-21 (D.S.C. Sept. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>